AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Chem−Dry, Inc.,

*Plaintiff,*

v.

Cheryl Pittiglio, et al.,

*Defendant.*

Case No. 2:26−cv−13439−BRM−EAS
Hon. Brandy R. McMillion

## SUMMONS IN A CIVIL ACTION

To: C & D Management LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

Ann Maher
511 North Broadway
Suite 1100
Milwaukee, WI
53202

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ E Piasecki
*Signature of Clerk or Deputy Clerk*

Date of Issuance: September 10, 2026

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:26−cv−13439−BRM−EAS

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________________________

[ ] I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ______________________________ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on (date) ______________________________ ; or

[ ] I returned the summons unexecuted because ______________________________ ; or

[ ] Other: *(specify)*: ______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date: ______________________

______________________________
*Server's Signature*

______________________________
*Printed Name and Title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.: